Submitted on record and brief July 29, sentence vacated; remanded for resentencing; otherwise affirmed September 28, 2005

STATE OF OREGON,
*Respondent,*

*v.*

MARK ALLEN MOZINGO,
*Appellant.*

02CR0440; A122656

120 P3d 539

David E. Groom filed the brief for appellant.

Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Sentence vacated; remanded for resentencing; otherwise affirmed. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005).